February 28, 1974.

APPEAL No. 73-332. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. Pro se appeal of respondent from final decree of Family Court, as prayed, is denied. *Berge Gregian,* for petitioner. *Robert D. Cavanagh,* respondent, pro se.

M. P. No. 74-30. IN RE DAVID F. FALVEY, JR. Petition of David F. Falvey, Jr. for permission to take the Rhode Island bar examination in February 1974 is denied as being moot. *David F. Falvey, Jr.,* petitioner, pro se.

M. P. No. 74-39. MARGARET E. MAGUIRE *v.* ALBERT B. WEST, *Director of Business Regulation.* Petition for writ of certiorari denied. *S. E. Wilkins,* for petitioner. *Edwin H. Hastings, Peter J. McGinn,* for intervenors, Blue Cross of Rhode Island, Rhode Island Medical Society Physicians Service.

March 8, 1974.

APPEAL No. 1972. ROLAND LAMAIRE *et al. v.* RICHARD K. AMAZINE. Appeal by the defendant from an order of the Superior Court directing him to include within the record on appeal the entire transcript of the proceedings. At oral argument the plaintiffs moved to dismiss the appeal on the grounds of prematurity. Motion granted and the case remanded to Superior Court where the defendant may file for that court's consideration a motion alleging that his discharge in bankruptcy is dispositive of the matter. Roberts, C. J. not participating. *David H. Sholes,* for plaintiffs. *Aram K. Berberian,* for defendant.